# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-1613-GW-JDEx | Date | May 16, 2023 |
|---|---|---|---|
| Title | *Lisa Corson v. Donald La, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 15, 2023, Plaintiff Lisa Corson filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for June 22, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on June 21, 2023.

|  | : |  |
|---|---|---|
| | Initials of Preparer | JG |